**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

JUDAH M. BURSTYN,   Case No. 19-12052-AJC
                    Chapter 7

    Debtor.
_____/

**AMENDED[1] NOTICE OF FILING OF ATTORNEYS'**
**FEES AND COSTS OF DUNN LAW, P.A.**

Marcia T. Dunn, the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of JUDAH M. BURSTYN (the "Debtor"), by and through undersigned counsel, gives notice of filing the attached fees and costs incurred by Trustee's counsel, Dunn Law, P,A, in the prosecution of *Trustee's Notice of Non-Compliance, and Motion to Compel Turnover of Settled Property* [D.E. 132; 133], and pursuant to the *Order on Trustee's Notice of Non-Compliance, and Motion to Compel Turnover of Settled Property* [D.E. 140].

Dated: June 22, 2020

Respectfully submitted,

**DUNN LAW, P.A.**
*Counsel for Marcia T. Dunn,*
*as Chapter 7 Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Phone: (786) 433-3866
Fax:    (786) 260-0269
michael.dunn@dunnlawpa.com

By: */s/ Michael P. Dunn*
    Michael P. Dunn, Esq.
    Fla. Bar No. 100705

---

[1] Amended to reflect revised fees and costs.

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 22nd day of June, 2020, upon all registered users in this case.

By: */s/ Michael P. Dunn*
Michael P. Dunn, Esq.
FL Bar No. 100705

## **Attorney's Fees**

| Date | Description | hrs. | Rate | Total | Billed By |
|---|---|---|---|---|---|
| 3/30/2020 | Email debtor's counsel regarding default on Milan settlement payments | 0.1 | 425 | $42.50 | MPD |
| 3/30/2020 | Review payment history for Milan settlement; draft review revise notice of noncompliance, motion to revoke discharge, motion for turnover of Milan 3055 LLC; internal correspondence regarding same. | 1.2 | 425 | $510.00 | MPD |
| 3/31/2020 | Emails exchanged with MPD regarding Notice of Non-Compliance and Motion to to Compel Turnover. | 0.1 | 175 | $17.50 | RB |
| 3/31/2020 | Review revise notice of noncompliance and motion for turnover; correspondence with debtor's counsel; internal correspondence regarding same. | 0.5 | 425 | $212.50 | MPD |
| 3/31/2020 | Review, revise, file and serve Trustee's Notice of Non-Compliance [ECF No. 132]; and Motion to Compel Turnover of Settled Property [ECF No. 133]. | 0.3 | 175 | $52.50 | RB |
| 4/2/2020 | Correspondence with debtor's counsel regarding curing default on stipulation payments. | 0.2 | 425 | $85.00 | MPD |
| 4/2/2020 | Review correspondence with debtor's counsel regarding payment default | 0.1 | 425 | $42.50 | MPD |
| 4/29/2020 | Emails exchanged with debtor's counsel regarding Milan stip and pending motion to compel; discuss same with JCK | 0.3 | 425 | $127.50 | MPD |
| 4/30/2020 | Correspondence with debtor's counsel regarding Milan settlement default | 0.2 | 425 | $85.00 | MPD |
| 5/4/2020 | Prepared hearing binder for hearing on Trustee's Motion to Compel Turnover of Settled Property. | 0.1 | 175 | $17.50 | RB |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| 5/4/2020 | Correspondence with Debtor's counsel regarding motion to compel regarding Milan settlement default; correspondence with chambers regarding same; discuss case issues and strategy with JMM | 0.7 | 425 | $297.50 | MPD |
| 5/4/2020 | Additional correspondence with debtor's counsel regarding tomorrow's MTCompel hearing. | 0.2 | 425 | $85.00 | MPD |
| 5/5/2020 | Prepare for and attend hearing on motion to compel turnover of Milan 3055, LLC; review file, stipulation, motion to compel, and related documents; provide update to trustee regarding hearing outcome | 1.3 | 425 | $552.50 | MPD |
| 5/5/2020 | Drafted Order on Trustee's Notice of Non-Compliance and Motion for Turnover of Settled Property; emailed same to MPD for approval. | 0.2 | 175 | $35.00 | RB |
| 5/5/2020 | Email to Debtor's counsel with copy of proposed order n notice of non-compliance and motion for turnover of settled property. | 0.1 | 175 | $17.50 | RB |
| 5/6/2020 | Review, revise and upload Order on Trustee's Notice of Non-Compliance and Motion for Turnover of Settled Property. | 0.1 | 175 | $17.50 | RB |
| 5/8/2020 | Draft, file and serve Certificate of Service re: Order on Trustee's Notice of Non-Compliance and Motion for Turnover of Settled Property [ECF No. 140]. | 0.3 | 175 | $52.50 | RB |
| 5/13/2020 | Emails with debtor's counsel regarding fees on Milan default | 0.1 | 425 | $42.50 | MPD |
| 5/13/2020 | Email to Debtor's counsel regarding fee and costs associated with Trustee's Notice of Non-Compliance and Motion to Compel Turnover of Settled Property. | 0.1 | 175 | $17.50 | RB |

| Date | Description | Hours | Rate | Amount | Atty |
|---|---|---|---|---|---|
| 5/15/2020 | Email to MPD regarding non-response from debtor's counsel regarding sanctions. | 0.1 | 175 | $17.50 | RB |
| 5/20/2020 | Prepared Amended Order on Trustee's Motion to Compel Turnover of Scheduled Property and for Sanctions; emailed same to MPD for review. | 0.1 | 175 | $17.50 | RB |
| 5/21/2020 | Telephone call to courtroom deputy; left message requesting hearing to be scheduled regarding sanction amount to be awarded in connection with trustee's motion to compel turnover of settled property. | 0.1 | 175 | $17.50 | RB |
| 5/21/2020 | Draft, file and serve Certificate of Service re: Notice of Hearing re: DLPA Fees & Costs [ECF No. 142]. | 0.3 | 175 | $52.50 | RB |
| 5/21/2020 | Review and revise amended order granting trustee's motion to compel turnover of settled property; emailed same to debtor's counsel for review. | 0.1 | 175 | $17.50 | RB |
| 5/26/2020 | Scheduled Courtcall appearance for hearing on Attorney's Fees and Costs rescheduled. | 0.1 | 175 | $17.50 | RB |
| 6/5/2020 | Drafted, reviewed, revised and filed Notice of Filing of Attorneys' Fees and Costs of Dunn Law, P.A. | 0.5 | 175 | $87.50 | RB |
| 6/17/2020 | Prepared hearing binder for hearing on DLPA Fees & Costs. | 0.1 | 175 | $17.50 | RB |
| 6/17/2020 | Prepare for and attend hearing on fees and costs for motion to compel turnover of property from debtor; discuss same with trustee and JMM | 1.1 | 425 | $467.50 | MPD |
| 6/17/2020 | Draft Proposed Order Awarding Attorneys' Fees and Costs of Dunn Law, P.A. in connection with June 17, 2020 hearing. | 0.5 | | 192.50 | |
| **Total** | | **9.2** | | **$3,215.00** | |

**Costs**

| Expense | Date | Price | Qty. | Total | Billed By |
|---|---|---|---|---|---|
| Trustee's Notice, Motion to Compel, and Notice of Hearing [ECF Nos. 132-134] | 3/31/20 | $0.15 | 5 | $0.75 | RB |
| Trustee's Notice, Motion to Compel, and Notice of Hearing [ECF Nos. 132-134] | 3/31/20 | $0.50 | 1 | $0.50 | RB |
| Order Granting Motion to Compel Turnover of Settled Property [ECF No. 140] | 5/8/20 | $0.15 | 3 | $0.45 | RB |
| Order Granting Motion to Compel Turnover of Settled Property [ECF No. 140] | 5/8/20 | $0.50 | 1 | $0.50 | RB |
| Notice of Hearing [ECF No. 142]. | 5/21/20 | 0.15 | 2 | $0.30 | RB |
| Notice of Hearing [ECF No. 142]. | 5/21/20 | $0.50 | 1 | $0.50 | RB |
| CourtCall telephonic Appearance for MPD – June 17, 2020 Hearing | 6/17/20 | $26.25 | 1 | $26.25 | RB |
|  |  |  |  |  |  |
| **Total** |  |  |  | **$29.25** |  |

| *Total Fees and Costs:* | *$3,244.25* |
|---|---|