

**ORDERED in the Southern District of Florida on June 29, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

In re:

JUDAH M. BURSTYN,　　　　　　　　Case No. 19-12052-AJC
　　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor.
_____/

### ORDER AWARDING ATTORNEYS' FEES AND COSTS OF DUNN LAW, P.A.

THIS MATTER came before the Court on June 17, 2020 at 10:30 AM to consider the award of attorneys' fees and costs associated with Chapter 7 Trustee, Marcia T. Dunn's ("Trustee") *Notice of Non-Compliance* (the "Notice"), *and Motion to Compel Turnover of Settled Property* (the "Motion") [D.E. 132; 133]. The Court, having considered the record and reviewed the Notice, the Motion, and the Trustee's *Amended Notice of Filing of Attorneys' Fees and Costs of Dunn Law, P.A.* [D.E. 156], having heard arguments of counsel, and for good cause shown, grants an award of fees and costs as follows.

## Background

On or about November 14, 2019, Judah M. Burstyn (the "Debtor") and the Trustee entered into a Stipulation to Compromise Controversy Regarding the Repurchase of Debtor's interest in Milan 3055, LLC (the "Stipulation"). A Motion to Approve the Stipulation was filed the same day [D.E. 93]. This Court entered an Order approving the Stipulation on January 31, 2020 [D.E. 112].

There is no dispute between the Trustee and the Debtor that the Debtor defaulted under the terms of the Stipulation.

Upon the Debtor's default under the Stipulation, the Trustee filed her Notice and Motion, which this Court granted by way of its Order on Trustee's Notice of Non-Compliance, and Motion to Compel Turnover of Settled Property (the "Turnover Order") [D.E. 140]. The Turnover Order did not determine the amount of fees, costs and interest to be awarded to the Trustee pursuant to the Stipulation.

The Stipulation, at ¶ 22, provides clear language regarding the Trustee's entitlement to attorneys' fees, costs, and interest upon the Debtor's default, stating that:

> [i]n the event that the Debtor fails to comply with all terms of this Stipulation . . . the Trustee may proceed against any and all assets of the Debtor, including but not limited to, Milan and the Rental Property . . . In addition, the Trustee shall be entitled to interest, which shall accrue at the statutory rate, attorneys' fees and costs.

## Analysis

The Debtor does not dispute the Trustee's entitlement to fees under the Stipulation or the amount of fees and costs requested by the Trustee. Rather, the Debtor asserts he should not be obligated to pay the fees and costs because the default was a result of the unexpected and unforeseen COVID-19 shutdown and loss of employment by Debtor's tenants. If an award of fees

and costs is warranted, the Debtor further argues that payment of such fees and costs should be borne by the bankruptcy estate.

While the Court is sympathetic to the Debtor's position, the Stipulation constitutes a post-petition obligation incurred by the Debtor.  As such, any attorneys' fees, costs, and interest resulting from the Debtor's default under the Stipulation are the Debtor's obligation, not an obligation of the bankruptcy estate. Contrary to the Debtor's argument, the fees, costs and interest which he agreed to pay upon default are not a sanction against the Debtor; they are owed by the Debtor under the terms of the Stipulation to which he agreed to be bound.

The Debtor has failed to set forth any basis in law that would justify denial of the Motion. Accordingly, it is

**ORDERED AND ADJUDGED that:**

1. Attorneys' fees, costs, and interest resulting from the Debtor's default under the Stipulation are a post-petition obligation of the Debtor.

2. The Trustee is awarded her attorneys' fees and costs in the amount of 3,244.25 against the Debtor. The Trustee is further entitled to interest on this sum, which shall accrue at the statutory rate.

3. The Court retains jurisdiction to enforce the terms of this Order.

###

**Submitted by:**

Michael P. Dunn, Esq.
Florida Bar No. 100705
DUNN LAW, P.A.
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com

Case No. 19-12052-AJC

*Attorney Dunn is directed to serve a conformed copy of this Order upon the Debtor(s) and to file a certificate of service with the Court.*