**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

JUDAH M. BURSTYN,  Case No. 19-12052-AJC
 Chapter 7
    Debtor.
_____/

**TRUSTEE'S MOTION TO APPROVE STIPULATION FOR WAIVER OF DISCHARGE OF DEBTOR JUDAH M. BURSTYN**

Marcia T. Dunn, as the duly appointed and acting Chapter 7 Trustee (the "Trustee"), by and through undersigned counsel, pursuant to 11 U.S.C. § 704, moves this Court to approve the *Stipulation for Waiver of Discharge of Debtor,* Judah M. Burstyn (the "Debtor"). In support, the Trustee states:

1. On February 15, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 13, Title 11 of the United States Bankruptcy Code [D.E. 1].

2. On April 27, 2019, the Debtor filed a Notice of Voluntary Conversion to Chapter 7 [D.E. 22], and an Order Upon Conversion of Case Under to Chapter 7 by the Debtor was entered by the Court on April 29, 2019 [D.E. 23] appointing Marcia T. Dunn as the successor trustee.

3. On June 4, 2019, the Debtor's post-conversion Meeting of Creditors pursuant to 11 U.S.C. §341 (the "§341 Meeting") was held and concluded.

4. Marcia T. Dunn is the duly appointed and acting Chapter 7 Trustee of the Debtor's bankruptcy estate (the "Estate").

5. The Trustee has been investigating the financial affairs of the Debtor and his corporate entities, including through a review and analysis of *inter alia* (1) the Debtor's Bankruptcy Schedules and Statement of Financial Affairs, and Amended Filings [D.E. 29, 58], (2)

pleadings filed in this case and in other related litigation matters, (3) a Rule 2004 Examination of the Debtor, (4) discovery conducted on third parties, and (5) relevant documents obtained by the Trustee regarding or related to the Debtor's financial affairs.

6. Based on the facts and history of the case, the Trustee commenced an adversary proceeding against the Debtor on May 31, 2020, seeking to deny the Debtor's discharge pursuant to 11 U.S.C. §§ 727(a)(2), 727(a)(3), 727(a)(4)(A), and 727(a)(5) (the "727 Adversary"). *See* Adversary Case 20-01229-RAM.

7. The Debtor has consulted with his counsel and has knowingly made the decision to waive the discharge pursuant to 11 U.S.C. §727(a)(10).

8. The Debtor, through a signed Stipulation, has executed and consented to a waiver of discharge in the instant case. A copy of the Stipulation is attached hereto as **Exhibit A**.

9. The Trustee requests that this Court approve the Stipulation entered by the parties and deny the entry of the Debtor's discharge in the instant case.

**WHEREFORE,** the Marcia T. Dunn, as Chapter 7 Trustee of the Debtor's Estate, requests that this Court (i) enter an Order approving the Stipulation and deny the entry of the Debtor's discharge in the instant case; and (ii) grant such other and further relief as the Court deem appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 13, 2020, a true and correct copy of the foregoing was served via first class U.S. Mail upon Debtor:

Judah M. Burstyn
20435 NE 10th Court
Miami, FL 33179

Case No. 19-12052-AJC

I HEREBY CERTIFY that on August 13, 2020, a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) upon all registered users in this case.

**DUNN LAW, P.A.**
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com

By: */s/ Michael P. Dunn*
    Michael P. Dunn, Esq.
    Florida Bar No. 100705