UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                              **EXHIBIT "A"**

JUDAH M. BURSTYN,                    Case No. 19-12052-AJC
                                     Chapter 7
　　　　Debtor.
_____/

**STIPULATION FOR WAIVER OF DISCHARGE OF DEBTOR**
*Judah M. Burstyn*

Marcia T. Dunn, as Chapter 7 Trustee (the "Trustee"), and the Debtor, Judah M. Burstyn (the "Debtor", and collectively, the "Parties"), enter into this *Stipulation for Waiver of Discharge of Debtor*, to present to the Court to waive the Debtor's discharge pursuant to 11 U.S.C. §727(a)(10). The Trustee and the Debtor (collectively, the "Parties"), have agreed to this Stipulation containing their acknowledgments, and they request the Court enter an order approving this Stipulation, and in support thereof state as follows:

1.   On February 15, 2019 (the "Petition Date"), JUDAH M. BURSTYN (the "Debtor"), commenced the instant bankruptcy case with the filing of a voluntary petition for relief under Chapter 13, Title 11 of the United States Bankruptcy Code.

2.   On April 27, 2019, the Debtor filed a Notice of Voluntary Conversion to Chapter 7 [D.E. 22], and an Order Upon Conversion of Case Under to Chapter 7 by the Debtor was entered by the Court on April 29, 2019 [D.E. 23].

3.   On June 4, 2019, the Debtor's post-conversion §341 Meeting of Creditors (the "§341 Meeting") was held and concluded.

4.   Marcia T. Dunn is the duly appointed and acting Chapter 7 Trustee of the Debtor's bankruptcy estate (the "Estate").

Debtor Initials: ___

Case No. 19-12052-AJC

5. The Trustee has been investigating the financial affairs of the Debtor and his corporate entities, including through a review and analysis of *inter alia* (1) the Debtor's Bankruptcy Schedules and Statement of Financial Affairs, and Amended Filings [D.E. 29, 58], (2) pleadings filed in this case and in other related litigation matters, (3) a Rule 2004 Examination of the Debtor, (4) discovery conducted on third parties, and (5) relevant documents obtained by the Trustee regarding or related to the Debtor's financial affairs.

6. Based on the facts and history of the case, the Trustee commenced an adversary proceeding against the Debtor on May 31, 2020, seeking to deny the Debtor's discharge pursuant to 11 U.S.C. §§ 727(a)(2), 727(a)(3), 727(a)(4)(A), and 727(a)(5) (the "727 Adversary")

7. The Debtor wishes to avoid the expense and delay of litigating the 727 Adversary and has knowingly, after consultation with his counsel, decided to waive his discharge pursuant to 11 U.S.C. §727(a)(10).

8. The Debtor, through this Stipulation, consents and stipulates to the entry of an order denying the entry of a discharge and approving the Stipulation of waiver of discharge in this case.

9. 11 U.S.C. §727(a)(10) provides as follows:

> *(a) The Court shall grant the debtor a discharge, unless–*
>
> > *(10) the Court approves a written waiver of discharge executed by the Debtor after the order of relief under this chapter.*

10. 11 U.S.C. §727(b) provides, in pertinent part:

> *[A] discharge under subsection (a) of this section discharges the debtor from all debts that arose before the date of the order for relief under this chapter, and any liability on a claim that is determined under section 502 of this title as if such claim had arisen before the commencement of the case, whether or not a proof of claim based on any such debt or liability is filed under section 501 of this title, and whether or not a claim based on any such debt or liability is allowed under section 502 of this title.*

Debtor Initials:_____

Case No. 19-12052-AJC

11. The Debtor acknowledges that he has read the provisions of 11 U.S.C. §727(a)(10) and (b), more detailed above.

12. The Debtor acknowledges that Debtor's counsel has read and explained the provisions of 11 U.S.C. §727(a)(10) and (b), more detailed above.

13. The Debtor acknowledges and understands the result and consequences of waiving the discharge in the instant case.

14. The Debtor acknowledges that he has agreed to waive the discharge in the instant case pursuant to 11 U.S.C. §727(a)(10).

15. The Debtor acknowledges that the waiver of discharge in the instant case is being given knowingly and voluntarily.

16. Section 727(a)(10) authorizes this Court to approve the Debtor's waiver of discharge if executed by the Debtor.

17. The Debtor hereby executes this Stipulation and consents to the entry of an order denying the Debtor the discharge of all debts that arose before the date of the order for relief under this chapter, and any liability on a claim that is determined under Section 502 of this title, whether or not a proof of claim based on any such debt or liability was filed under Section 501 of this title, and whether or not a claim based on any such debt or liability is allowed under Section 502 of this title.

18. The Parties agree that this Stipulation may be signed in multiple counterparts which should be deemed to be one single Stipulation, and that this Stipulation may be enforced by the Bankruptcy Court for the Southern District of Florida.

Debtor Initials: _____

Case No. 19-12052-AJC

19. The Parties request that this Stipulation be accepted, approved, and entered as a permanent order in this case.

20. This Stipulation is subject to approval of the United States Bankruptcy Court, Southern District of Florida.

s/s: Joel M. Aresty

Joel Aresty, Esq.
DEBTOR'S ATTORNEY
309 1st Avenue South
Tierra Verde, FL 33715

Marcia T. Dunn, Trustee
66 W. Flagler St., Suite 400
Miami, Florida 33130
Telephone: (786) 433-3866
Facsimile: (786) 260-0269

Dated this 11th day of August, 2020.

Dated this 13 day of August, 2020

Judah M. Burstyn
20435 NE 10th Court
Miami, FL 33179
(Signature Notarized)(Waiver of Discharge)

Dated this ___ day of August, 2020

**STATE OF FLORIDA**         )
                             : SS
**COUNTY OF MIAMI-DADE**     )

BEFORE ME, the undersigned authority, by means of physical appearance, on this ___ day of August, 2020, by the Debtor, JUDAH M BURSTYN, who (X) is personally known to me or (__) who has produced _____ as identification, and sworn to, subscribed and acknowledged that he executed the foregoing instrument for the purposes expressed therein.

JOEL M ARESTY
Commission # GG 104262
Expires May 14, 2021
Bonded Thru Budget Notary Services

NOTARY PUBLIC, State of Florida
Print Name: Joel Aresty
My Commission Expires:

Debtor Initials: ___

Page 4 of 4