

**ORDERED in the Southern District of Florida on September 9, 2020.**

**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In re:

JUDAH M. BURSTYN,   Case No. 19-12052-AJC
                    Chapter 7
　　　Debtor.
_____/

### ORDER APPROVING WAIVER OF DISCHARGE AND DENYING DEBTOR JUDAH M. BURSTYN'S DISCHARGE

**THIS CASE** having come before the Court on September 8, 2020, upon the *Trustee's Motion to Approve Stipulation for Waiver of Discharge of Debtor Judah M. Burstyn* (the "Motion") [D.E. 163], and the Court having noted the *Stipulation for Waiver of Discharge of Debtor* executed by the Debtor, Judah M. Burstyn, and counsel for the Debtor, attached as Exhibit "A" to the Motion, having reviewed the Motion and the file, and it appearing to the Court that such approval should be given, and for reasons set forth on the record, it is

Case No. 19-12052-AJC

**ORDERED, ADJUDGED and DECREED** as follows:

1. The Motion is **GRANTED**.

2. The waiver of discharge by the Debtor, Judah M. Burstyn, is approved pursuant to 11 U.S.C. § 727(a)(10) and the Debtor's discharge is denied.

3. The Debtor, Judah M. Burstyn, shall not be discharged in this case.

4. The Debtor's last known address is 20435 NE 10th Court, Miami, FL 33179.

5. The Court reserves jurisdiction to enter any further orders or to take any other actions that may be necessary in connection with this matter.

###

Submitted by:

Michael P. Dunn, Esq.
Florida Bar No. 100705
**DUNN LAW, P.A.**
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com