**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

JUDAH M. BURSTYN, | Case No. 19-12052-AJC
Chapter 7

Debtor.
_______________________________/

**AMENDED NOTICE OF RULE 2004 EXAMINATION OF DAVID BURSTYN**

***(Via Zoom)***

MARCIA T. DUNN, as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of JUDAH M. BURSTYN (the "Debtor"), by and through undersigned counsel, pursuant to Fed.R.Civ.P. 34 and 45, Fed.R.Bankr.P. 2004, 7030, 7034 and 9016, and Local Rule 2004-1, will examine the following examinee (the "Examinee"):

| **Examinee** | **Date and Time** | **Location** |
|---|---|---|
| DAVID BURSTYN | January 29, 2021<br>10:30 a.m. | Via Zoom<br>Dunn Law, P.A.<br>66 West Flagler Street, Suite 400<br>Miami, Florida 33130 |

The examination was coordinated with counsel for the Examinee, and is being conducted pursuant to Fed.R.Bankr.P. 2004 and Local Rule 2004-1. The scope of the examination shall be as described in Fed.R.Bankr.P. 2004. Pursuant to Local Rule 2004-1, no order or subpoena shall be necessary, and to the extent that a request for production of documents under this rule may be construed as a request under Bankruptcy Rule 7034, the time to respond is shortened to fourteen (14) days.

The Subpoena previously served on the Examinee remains in full force and effect [D.E. 244].

This is a remote deposition: The examination will be taken stenographically and via Zoom Video Conferencing or other approved electronic/remote platform.

If the Debtor requires language interpretation at the examination, arrangements must be made directly and in advance of the scheduled examination, at the Debtor's expense.

Interested parties are directed to contact undersigned counsel two (2) business days prior to the scheduled examination to confirm that the examination is going forward, to arrange for remote appearance, or to determine if documents have been produced in lieu of deposition.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that January 20, 2021, a true and correct copy of the foregoing was served via first-class U.S. Mail as follows:

David Burstyn
3301 NE 183 St., #1704
Aventura, FL 33180-3286

Zach Shelomith, Esq.
Leiderman Shelomith Alexander +
Somodevilla, PLLC
*Attorney for Examinee*
2699 Stirling Road, Suite C401
Ft. Lauderdale, FL 33312
*Via Email*

I HEREBY CERTIFY that on January 20, 2021, a true and correct copy of the foregoing was served via CM/ECF electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case.

**DUNN LAW, P.A.**
*Counsel for Chapter 7 Trustee, Marcia T. Dunn*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Phone: (786) 433-3866
Fax: (786) 260-0269
*Jerrod.Maddox@dunnlawpa.com*

By: /s/ *Jerrod M. Maddox*
Jerrod M. Maddox, Esq.
Fla. Bar No. 117820