# EXHIBIT "A"

```
CFN  2014R0213556
OR Bk 29080 Pg 3148; (1ps)
RECORDED 03/25/2014 08:24:12
DEED DOC TAX 72.60
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

MARBELLA PARK HOMEOWNERS ASSN INC
Plaintiff(s) / Petitioner(s)
VS.
SOSA, ANGELA, et al.
Defendant(s) / Respondents(s)

GENERAL JURISDICTION DIVISION
Case No:      06022685CC23
Section:      02
Doc Stamps:   $72.60
Surtax:       $0.00
Consideration: $12,100.00

## CERTIFICATE OF TITLE

**The undersigned clerk** of the court certifies that a Certificate of Sale was executed and filed in this action on December 18, 2013, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in Miami-Dade County, Florida:

> **Lot 52, Block 6, Marbella Park, according to the Plat thereof recorded in Plat Book 135, Page 8, of the public records of Miami-Dade County, Florida**
>
> Property address: 8212 Northwest 201 Street, Miami, FL 33015

was sold to:
PRIME REALTY INVESTORS CORP
3301 ne 183 street unit 508
aventura, FL, 33160

WITNESS my hand and the seal of this court on March 14, 2014.

*Harvey Ruvin*

Harvey Ruvin, Clerk of Courts
Miami-Dade County, Florida