# EXHIBIT "B"

```
CFN  2014R0254708
OR Bk 29102 Pg 1741; (1pg)
RECORDED 04/09/2014 13:57:16
DEED DOC TAX 72.60
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

Prepared by and Record and Return to:
Dennis R. Bedard, Esq..
1717 No. Bayshore Drive, Suite 215
Miami, Florida 33132

Folio Number: 30-2003-017-1560

## QUIT-CLAIM DEED

**This Quit-Claim Deed,** executed this ___2___ day of April, 2014, by Prime Realty Investors Corp., a Florida corporation, first party to Yudamas Olivares, a single woman, whose address is 8212 Northwest 201 Street, Miami, Florida 33015, second party: (Wherever used herein the terms "first party" and "second party" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporation, wherever the context so admits or requires.)

**Witnesseth,** That the said first party, for and in consideration of ten dollars, the receipt of which is hereby acknowledged, does hereby remise, release and quit-claim unto the said second party forever, all the right, title, interest, claim and demand which the said first party has in and to the following described lot, piece or parcel of land, situate, lying and being in the County of Miami Dade State of Florida, to-wit:

    Lot 52, Block 6, Marbella Park, according to the Plat thereof recorded in Plat Book 135, Page 8, of the public records of Miami Dade County, Florida

**To Have and to Hold** the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of the said first party, either in law or equity, to the only proper use, benefit and behest of the said second party forever.

**In Witness Whereof,** The said first party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

Signature
Julio Valle
Printed Name

Signature
Ryan Waddington
Printed Name

Prime Realty Investors Corp.
A Florida Corporation
3301 NE 183 Street Unit 508,
Aventura, Florida 33160

By: _____
Judah Burstyn
President

STATE OF FLORIDA
COUNTY OF MIAMI DADE

The foregoing instrument was acknowledged before me this __2__ day of April, 2014, by Judah Burstyn, who is personally known to me or has produced Well Known _____ as identification.

V. Kozarez
SIGNATURE OF NOTARY PUBLIC

V. KOZAREZ
Notary Public - State of Florida
My Comm. Expires May 8, 2016
Commission # EE 96692