# EXHIBIT "C"

11:48 AM

10/06/17

Accrual Basis

# Judah Burstyn Properties
## Transactions by Account
### As of December 31, 2015

| Type | Date | Num | Adj | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---:|---:|---:|
| **Marbella 8212 NW 201St** | | | | | | | | | | | 0.00 |
| **Building** | | | | | | | | | | | 0.00 |
| General Journal | 12/18/2013 | YR201... | | | Marbella 8212 NW 201St | Marbella ... | | -SPLIT- | 10,890.00 | | 10,890.00 |
| Check | 01/28/2014 | 1105 | | YP Global Invent | | | | BOA # 5249 | 3,000.00 | | 13,890.00 |
| Check | 02/18/2014 | 1110 | | Marco Joseph | | | | BOA # 5249 | 3,000.00 | | 16,890.00 |
| Check | 04/08/2014 | 1137 | | Pat Tree Service | | | | BOA # 5249 | 500.00 | | 17,390.00 |
| Check | 05/02/2014 | | | Home Depot | | Marbella ... | | BOA # 5249 | 5,575.66 | | 22,965.66 |
| Check | 05/07/2014 | 1001 | | Guzman Flooring | | Marbella ... | | BOA#2322 | 3,825.00 | | 26,790.66 |
| Check | 05/07/2014 | 1002 | | J&D | | Marbella ... | | BOA#2322 | 1,500.00 | | 28,290.66 |
| Check | 05/14/2014 | 1004 | | Marshall Tree | | Marbella ... | | BOA#2322 | 400.00 | | 28,690.66 |
| Check | 05/18/2014 | | | Miguel Oruellana | | Marbella ... | | BOA#2322 | 2,000.00 | | 30,690.66 |
| Check | 05/20/2014 | 1011 | | Guzman Flooring | | Marbella ... | | BOA#2322 | 2,750.00 | | 33,440.66 |
| Check | 05/20/2014 | 1012 | | Patrick Varence | | Marbella ... | | BOA#2322 | 810.00 | | 34,250.66 |
| Check | 05/23/2014 | 3 | | FPL | | Marbella ... | | BOA#2322 | 211.48 | | 34,462.14 |
| Check | 06/05/2014 | 1029 | | Prime Plumbing | | Marbella ... | | BOA#2322 | 2,300.00 | | 36,762.14 |
| Check | 06/05/2014 | 1030 | | Gene Cineus | concrete | Marbella ... | | BOA#2322 | 475.00 | | 37,237.14 |
| Check | 06/05/2014 | 1031 | | Joel Cruz | | Marbella ... | | BOA#2322 | 1,300.00 | | 38,537.14 |
| Check | 06/05/2014 | 1032 | | Mitigation Tree Trust Fund | | Marbella ... | | BOA#2322 | 694.00 | | 39,231.14 |
| Check | 06/05/2014 | 1033 | | Miguel Reyez | plumbing | Marbella ... | | BOA#2322 | 1,300.00 | | 40,531.14 |
| Check | 06/05/2014 | 1035 | | ADA Montenero | | Marbella ... | | BOA#2322 | 1,000.00 | | 41,531.14 |
| Check | 06/05/2014 | 1036 | | Miguel Reyez | | Marbella ... | | BOA#2322 | 1,000.00 | | 42,531.14 |
| Check | 06/10/2014 | | | Dennis | | Marbella ... | | BOA#2322 | 1,000.00 | | 43,531.14 |
| Check | 06/17/2014 | 1039 | | Miguel Reyez | | Marbella ... | | BOA#2322 | 1,500.00 | | 45,031.14 |
| Check | 06/17/2014 | 1040 | | Miguel Oruellana | | Marbella ... | | BOA#2322 | 1,000.00 | | 46,031.14 |
| Check | 06/17/2014 | 1041 | | Javier Sobrino | A/C | Marbella ... | | BOA#2322 | 3,000.00 | | 49,031.14 |
| Check | 06/17/2014 | 1042 | | ADA Montenero | | Marbella ... | | BOA#2322 | 465.00 | | 49,496.14 |
| Check | 06/17/2014 | 1043 | | Patrick Varence | | Marbella ... | | BOA#2322 | 1,150.00 | | 50,646.14 |
| Check | 06/17/2014 | 1044 | | ADA Montenero | | Marbella ... | | BOA#2322 | 600.00 | | 51,246.14 |
| Check | 06/17/2014 | 1046 | | Miguel Reyez | electric and plumbing | Marbella ... | | BOA#2322 | 3,100.00 | | 54,346.14 |
| Check | 06/17/2014 | 1047 | | Joel Cruz | | Marbella ... | | BOA#2322 | 1,975.00 | | 56,321.14 |
| Check | 06/29/2014 | 1052 | | Miguel Reyez | | Marbella ... | | BOA#2322 | 787.00 | | 57,108.14 |
| Check | 07/07/2014 | 1045 | | Miguel Reyez | | Marbella ... | | BOA#2322 | 3,670.00 | | 60,778.14 |
| Check | 07/14/2014 | | | Home Depot | | Marbella ... | | BOA # 5249 | 6,000.00 | | 66,778.14 |
| Check | 07/16/2014 | 1053 | | Yudy Oliveras | | Marbella ... | | BOA#2322 | 12,500.00 | | 79,278.14 |
| Check | 07/30/2014 | | | FPL | | Marbella ... | | BOA#2322 | 208.89 | | 79,487.03 |
| Check | 07/30/2014 | 1048 | | | | Marbella ... | | BOA#2322 | 900.00 | | 80,387.03 |
| Check | 07/30/2014 | 1057 | | | | Marbella ... | | BOA#2322 | 2,100.00 | | 82,487.03 |
| Check | 07/30/2014 | 1059 | | Patrick Varence | | Marbella ... | | BOA#2322 | 2,592.00 | | 85,079.03 |
| Check | 07/30/2014 | 1060 | | Luiz Ruiz | windows | Marbella ... | | BOA#2322 | 3,433.71 | | 88,512.74 |
| Check | 07/30/2014 | 1061 | | Rey Mendez | | Marbella ... | | BOA#2322 | 1,050.00 | | 89,562.74 |
| Check | 07/30/2014 | 1062 | | Francisco Santos | | Marbella ... | | BOA#2322 | 1,622.00 | | 91,184.74 |
| Check | 08/02/2014 | | | Lowes | | Marbella ... | | BOA#2322 | 1,168.43 | | 92,353.17 |
| Check | 08/04/2014 | 1063 | | Javier Sobrino | A/C | Marbella ... | | BOA#2322 | 1,700.00 | | 94,053.17 |
| Check | 08/04/2014 | 1064 | | Omar Selva | | Marbella ... | | BOA#2322 | 1,300.00 | | 95,353.17 |
| Check | 08/04/2014 | 1067 | | Sabrino | | Marbella ... | | BOA#2322 | 1,360.00 | | 96,713.17 |
| Check | 08/04/2014 | 1068 | | Francisco Santos | | Marbella ... | | BOA#2322 | 1,400.00 | | 98,113.17 |
| Check | 08/04/2014 | 1070 | | Rey Mendez | | Marbella ... | | BOA#2322 | 2,085.00 | | 100,198.17 |
| Check | 08/04/2014 | 1071 | | Norbey Espinosa | | Marbella ... | | BOA#2322 | 3,000.00 | | 103,198.17 |
| Check | 08/04/2014 | 1077 | | Odissey Enterprises | pool | Marbella ... | | BOA#2322 | 2,000.00 | | 105,198.17 |
| Check | 08/04/2014 | 1078 | | Miguel Boza | glass door showers | Marbella ... | | BOA#2322 | 730.00 | | 105,928.17 |
| Check | 08/04/2014 | 1079 | | Lvedan LLC | | Marbella ... | | BOA#2322 | 940.00 | | 106,868.17 |
| Deposit | 08/04/2014 | 1070 | | | return of posted check 1070 | Marbella ... | | BOA#2322 | | 2,085.00 | 104,783.17 |
| Check | 08/05/2014 | | | Home Depot | | Marbella ... | | BOA # 5249 | 7,979.18 | | 112,762.35 |
| Check | 08/29/2014 | | | FPL | | Marbella ... | | BOA#2322 | 551.53 | | 113,313.88 |
| Check | 09/04/2014 | 1086 | | Pat Tree Service | | Marbella ... | | BOA#2322 | 1,625.00 | | 114,938.88 |
| Check | 09/04/2014 | 1087 | | Yudy Oliveras | | Marbella ... | | BOA#2322 | 3,000.00 | | 117,938.88 |
| Check | 09/05/2014 | | | CitiCard | | Marbella ... | | BOA # 5249 | 9,421.60 | | 127,360.48 |
| Check | 09/11/2014 | 1103 | | Odissey Enterprises | | Marbella ... | | BOA#2322 | 3,000.00 | | 130,360.48 |
| Check | 09/11/2014 | 6959 | | | | Marbella ... | | BOA#2322 | 1,491.54 | | 131,852.02 |
| Check | 09/19/2014 | 1055 | | Manny Sosa | | Marbella ... | | BOA#2322 | 3,000.00 | | 134,852.02 |
| Check | 10/02/2014 | 1115 | | Yudy Oliveras | pool | Marbella ... | | BOA#2322 | 5,000.00 | | 139,852.02 |
| Check | 10/17/2014 | | | | | Marbella ... | | BOA # 5249 | 2,383.82 | | 142,235.84 |
| Check | 10/27/2014 | 1122 | | Odissey Enterprises | Pool | Marbella ... | | BOA#2322 | 6,000.00 | | 148,235.84 |
| Check | 12/10/2014 | 7077 | | MD-WASD | | Marbella ... | | BOA#2322 | 312.51 | | 148,548.35 |
| Check | 12/30/2014 | | | | unknown post error | Marbella ... | | BOA#2322 | 2,342.34 | | 150,890.69 |

11:48 AM
10/06/17
**Accrual Basis**

### Judah Burstyn Properties
### Transactions by Account
As of December 31, 2015

| Type | Date | Num | Adj | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---:|---:|---:|
| Check | 12/30/2014 | 1142 | | Odissey Enterprises | POOL | Marbella ... | | BOA#2322 | 6,000.00 | | 156,890.69 |
| Check | 12/30/2014 | 1147 | | Odissey Enterprises | | Marbella ... | | BOA#2322 | 3,894.75 | | 160,785.44 |
| Check | 12/30/2014 | 1150 | | Iran Pavers | | Marbella ... | | BOA#2322 | 887.45 | | 161,672.89 |
| General Journal | 12/31/2014 | 2014-... | * | Manny Sosa | personal account #281 | | | Building | 2,000.00 | | 163,672.89 |
| General Journal | 12/31/2014 | 2014-... | * | -MULTIPLE- | -MULTIPLE- | Marbella ... | | Insurance Expense | 4,358.20 | | 168,031.09 |
| General Journal | 12/31/2015 | 1000 c... | * | | 1394 | Marbella ... | | Landscaping | 300.00 | | 168,331.09 |
| General Journal | 12/31/2015 | 1014 | * | | PMM NOT PAID | | | Bad Debt on Mortgage from sale | | 168,031.09 | 300.00 |
| **Total Building** | | | | | | | | | 170,416.09 | 170,116.09 | 300.00 |
| **Total Marbella 8212 NW 201St** | | | | | | | | | 170,416.09 | 170,116.09 | 300.00 |
| **TOTAL** | | | | | | | | | 170,416.09 | 170,116.09 | 300.00 |