# EXHIBIT "E"

*In re:* Judah M Burstyn  
Case No.: 19-12052-AJC

Schedule of Payments Made to or For the Benefit of Yudamas Olivares  
During the Period of January 2013 through March 2020

(Sorted by Date)

| Institution | Account Name | Account No. | Date | Type | Check No. | (Payee) | Total Amount | Amount Paid During the 1 Year Period | Amount Paid During the 90 Day Period | Amount Paid During the Post-Petition |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank of America | Malibu Properties Management LLC | x2322 | 07/17/14 | Check | 1053 | Yudamas Olivares | $ (12,500.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 09/17/14 | Check | 1087 | Yudamas Olivares | (3,000.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 10/14/14 | Check | 1115 | Yudamas Olivares | (5,000.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 01/05/15 | Check | 1163 | Yudamas Olivares | (2,745.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 01/20/15 | Check | 1170 | Yudamas Olivares | (825.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 02/02/15 | Check | 1189 | Yudamas Olivares | (3,300.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 03/31/15 | Check | 1226 | Yudamas Olivares | (3,800.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 04/21/15 | Check | 1238 | Yudamas Olivares | (1,500.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 06/29/15 | Check | 1281 | Yudamas Olivares | (5,000.00) | | | |
| Iberia Bank (Gibraltar Private Bank & Trust) | Judah M Burstyn | x1093 | 07/16/15 | Check | 190 | Yudamas Olivares | (20,000.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 08/11/15 | Check | 1332 | Yudamas Olivares | (1,600.00) | | | |
| Iberia Bank (Gibraltar Private Bank & Trust) | Judah M Burstyn | x1093 | 02/05/16 | Check | 200 | Yudamas Olivares | (5,000.00) | | | |
| Iberia Bank (Gibraltar Private Bank & Trust) | Judah M Burstyn | x1093 | 02/12/16 | Check | 201 | Yudamas Olivares | (5,000.00) | | | |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x2233 | 03/14/16 | Transfer | N/A | Yudamas Olivares | (4,000.00) | | | |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x2233 | 06/15/16 | Transfer | N/A | Yudamas Olivares | (3,000.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 09/02/16 | Transfer | N/A | Yudamas Olivares | (5,000.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 10/21/16 | Transfer | N/A | Yudamas Olivares | (20,000.00) | | | |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x2233 | 10/24/16 | Transfer | N/A | Yudamas Olivares | (1,000.00) | | | |

*In re:* Judah M Burstyn
Case No.: 19-12052-AJC

Schedule of Payments Made to or For the Benefit of Yudamas Olivares
During the Period of January 2013 through March 2020

(Sorted by Date)

| Institution | Account Name | Account No. | Date | Type | Check No. | (Payee) | Total Amount | Amount Paid During the 1 Year Period | Amount Paid During the 90 Day Period | Amount Paid During the Post-Petition |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x2233 | 11/14/16 | Transfer | N/A | Yudamas Olivares | (5,000.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 12/05/16 | Transfer | N/A | Yudamas Olivares | (3,000.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 12/19/16 | Transfer | N/A | Yudamas Olivares | (2,000.00) | | | |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x6114 | 01/09/17 | Transfer | N/A | Yudamas Olivares | (2,000.00) | | | |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x2233 | 01/23/17 | Transfer | N/A | Yudamas Olivares | (1,000.00) | | | |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x2233 | 02/03/17 | Transfer | N/A | Yudamas Olivares | (2,000.00) | | | |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x2233 | 02/28/17 | Transfer | N/A | Yudamas Olivares | (750.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 03/09/17 | Transfer | N/A | Yudamas Olivares | (7,490.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 03/22/17 | Transfer | N/A | Yudamas Olivares | (12,500.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 04/27/17 | Transfer | N/A | Yudamas Olivares | (3,000.00) | | | |
| Bank of America | Prime Realty Investors LLC | x9343 | 05/15/17 | Transfer | N/A | Yudamas Olivares | (1,000.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 05/17/17 | Transfer | N/A | Yudamas Olivares | (2,500.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 06/26/17 | Transfer | N/A | Yudamas Olivares | (1,000.00) | | | |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x6114 | 07/06/17 | Transfer | N/A | Yudamas Olivares | (1,050.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 07/06/17 | Transfer | N/A | Yudamas Olivares | (1,000.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 07/12/17 | Transfer | N/A | Yudamas Olivares | (1,000.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 07/20/17 | Transfer | N/A | Yudamas Olivares | (1,000.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 10/12/17 | Transfer | N/A | Yudamas Olivares | (1,100.00) | | | |

*In re:* Judah M Burstyn
Case No.: 19-12052-AJC

Schedule of Payments Made to or For the Benefit of Yudamas Olivares
During the Period of January 2013 through March 2020

(Sorted by Date)

| Institution | Account Name | Account No. | Date | Type | Check No. | (Payee) | Total Amount | Amount Paid During the 1 Year Period | Amount Paid During the 90 Day Period | Amount Paid During the Post-Petition |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank of America | Prime Realty Investors LLC | x9343 | 11/02/17 | Transfer | N/A | Yudamas Olivares | (6,000.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 11/14/17 | Transfer | N/A | Yudamas Olivares | (1,000.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 11/30/17 | Transfer | N/A | Yudamas Olivares | (500.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 12/07/17 | Transfer | N/A | Yudamas Olivares | (1,000.00) | | | |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x6114 | 12/15/17 | Transfer | N/A | Yudamas Olivares | (999.99) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 12/21/17 | Transfer | N/A | Yudamas Olivares | (5,000.00) | | | |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x2233 | 01/08/18 | Transfer | N/A | Yudamas Olivares | (2,000.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 02/01/18 | Transfer | N/A | Yudamas Olivares | (1,000.00) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 02/09/18 | Transfer | N/A | Yudamas Olivares | (5,000.00) | | | |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x6114 | 03/07/18 | Transfer | N/A | Yudamas Olivares | (2,000.00) | (2,000.00) | | |
| Bank of America | Prime Realty Investors LLC | x9343 | 05/23/18 | Transfer | N/A | Yudamas Olivares | (5,000.00) | (5,000.00) | | |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x6114 | 07/12/18 | Transfer | N/A | Yudamas Olivares | (2,000.00) | (2,000.00) | | |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x6114 | 07/12/18 | Transfer | N/A | Yudamas Olivares | (1,000.00) | (1,000.00) | | |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x6114 | 07/27/18 | Transfer | N/A | Yudamas Olivares | (1,500.00) | (1,500.00) | | |
| Bank of America | Prime Realty Investors LLC | x9343 | 08/10/18 | Transfer | N/A | Yudamas Olivares | (1,150.00) | (1,150.00) | | |
| Bank of America | Prime Realty Investors LLC | x9343 | 09/17/19 | Transfer | N/A | Yudamas Olivares | (10.00) | | | (10.00) |
| | | | | | | **Total Direct Payments to Yudamas Olivares** | **$ (185,819.99)** | **$ (12,650.00)** | **$ -** | **$ (10.00)** |

*In re:* Judah M Burstyn
Case No.: 19-12052-AJC

Schedule of Payments Made to or For the Benefit of Yudamas Olivares
During the Period of January 2013 through March 2020

(Sorted by Date)

| Institution | Account Name | Account No. | Date | Type | Check No. | (Payee) | Total Amount | Amount Paid During the 1 Year Period | Amount Paid During the 90 Day Period | Amount Paid During the Post-Petition |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank of America | Malibu Properties Management LLC | x2322 | 06/27/14 | Debit | N/A | BMW Financial Services | $ (390.55) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 07/29/14 | Debit | N/A | BMW Financial Services | (390.55) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 08/27/14 | Debit | N/A | BMW Financial Services | (390.55) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 09/29/14 | Debit | N/A | BMW Financial Services | (390.55) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 10/28/14 | Debit | N/A | BMW Financial Services | (390.55) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 11/28/14 | Debit | N/A | BMW Financial Services | (390.55) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 12/29/14 | Debit | N/A | BMW Financial Services | (390.55) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 01/27/15 | Debit | N/A | BMW Financial Services | (390.55) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 02/27/15 | Debit | N/A | BMW Financial Services | (390.55) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 03/27/15 | Debit | N/A | BMW Financial Services | (390.55) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 04/28/15 | Debit | N/A | BMW Financial Services | (390.55) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 05/27/15 | Debit | N/A | BMW Financial Services | (390.55) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 06/29/15 | Debit | N/A | BMW Financial Services | (390.55) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 08/26/15 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 09/16/15 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 10/16/15 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 11/17/15 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 12/16/15 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 01/19/16 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 02/16/16 | Debit | N/A | BMW Financial Services | (770.40) | | | |

*In re:* Judah M Burstyn
Case No.: 19-12052-AJC

Schedule of Payments Made to or For the Benefit of Yudamas Olivares
During the Period of January 2013 through March 2020

(Sorted by Date)

| Institution | Account Name | Account No. | Date | Type | Check No. | (Payee) | Total Amount | Amount Paid During the 1 Year Period | Amount Paid During the 90 Day Period | Amount Paid During the Post-Petition |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank of America | Malibu Properties Management LLC | x2322 | 03/16/16 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 04/18/16 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 05/17/16 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 06/16/16 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 07/18/16 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 08/16/16 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 09/16/16 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 10/18/16 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 11/16/16 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 12/16/16 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 01/17/17 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 02/16/17 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 03/16/17 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 04/18/17 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 05/16/17 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 06/16/17 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 07/18/17 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 08/16/17 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 09/18/17 | Debit | N/A | BMW Financial Services | (770.40) | | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 10/17/17 | Debit | N/A | BMW Financial Services | (770.40) | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | *In re:* Judah M Burstyn | | | | | | | | | |
| | Case No.: 19-12052-AJC | | | | | | | | | |
| | Schedule of Payments Made to or For the Benefit of Yudamas Olivares | | | | | | | | | |
| | During the Period of January 2013 through March 2020 | | | | | | | | | |
| | (Sorted by Date) | | | | | | | | | |
| **Institution** | **Account Name** | **Account No.** | **Date** | **Type** | **Check No.** | **(Payee)** | **Total Amount** | **Amount Paid During the 1 Year Period** | **Amount Paid During the 90 Day Period** | **Amount Paid During the Post-Petition** |
| Bank of America | Malibu Properties Management LLC | x2322 | 02/16/18 | Debit | N/A | BMW Financial Services | (770.40) | (770.40) | | |
| Bank of America | Malibu Properties Management LLC | x2322 | 03/16/18 | Debit | N/A | BMW Financial Services | (770.40) | (770.40) | | |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x6114 | 06/15/18 | Debit | N/A | BMW Financial Services | (1,200.00) | (1,200.00) | | |
| Bank of America | Judah Burstyn ITF David A Burstyn and Bradley Burstyn | x6114 | 06/28/18 | Debit | N/A | BMW Financial Services | (340.80) | (340.80) | | |
| | | | | | | **Total Paid to BMW Financial Services** | $ (28,959.55) | $ (3,081.60) | $ - | $ - |
| | | | | | | **TOTAL PAYMENTS FOR THE BENEFIT OF YUDAMAS OLIVARES** | $ (214,779.54) | $ (15,731.60) | $ - | $ (10.00) |